FILED
CLERK, U.S. DISTRICT COURT

JUL 23 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 99-634-CN |
| Plaintiff, ) | |
| ) | ORDER OF DETENTION AFTER |
| v. ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Ramon Alberto ) | Allegations of Violations of Probation |
| Zamanos-Lerma ) | Supervised Release) |
| ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [✓] the appearance of defendant as required; and/or

(B) [✓] the safety of any person or the community.

//
//

1  The court concludes:
2  A.  (✓) Defendant poses a risk to the safety of other persons or the community
3       because defendant has not demonstrated by clear and convincing
4       evidence that:
5       _prior record of narcotics offenses_
6       _does not indicate risk of safety_
7       _to community_
8
9
10 (B) (✓) Defendant is a flight risk because defendant has not shown by clear
11      and convincing evidence that:
12      _there are sufficient resources or_
13      _that prior travel, aliases, + citizenship_
14      _do not indicate risk of flight_
15
16
17      IT IS ORDERED that defendant be detained.
18
19 DATED: 7/23/2010
20
21
22
23                                JOHN E. MCDERMOTT
24                                UNITED STATES MAGISTRATE JUDGE
25
26
27
28

2